UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY J. SMITH, | No. C 14-4063 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

        This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a state prisoner proceeding pro se.  Petitioner has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00.  He also has failed to file a petition using the Court's form.  Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b).  Because this dismissal is without prejudice, petitioner may move to reopen the action.  Any motion to reopen **must** contain (1) a complete IFP application, **or** full payment for the filing fee, **and** (2) a completed petition using this Court's form.  Petitioner's motion for the appointment of counsel (Docket No. 1) is DENIED.  The Clerk shall enter judgment in favor of respondent, terminate Docket No. 1, and close the file.

        **IT IS SO ORDERED**.

DATED:  October 20, 2014

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California